## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHAD J. HUNT, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | 8:04CV539 |
| vs. ) | |
| ) | ORDER |
| UNION PACIFIC RAILROAD ) | |
| COMPANY, ) | |
| ) | |
| **Defendant.** ) | |

Plaintiff has requested that trial be held in Omaha. Defendant subsequently requested that trial be held in North Platte. Oral argument was held at the time of the parties' Rule 16 planning conference. After carefully considering the parties' written submissions and oral arguments, I find that the request for trial in North Platte should be granted.

**IT IS ORDERED:**

1. Defendant's request for trial in North Platte is granted.

2. The Clerk of the Court shall take all steps necessary to transfer this case to the North Platte docket.

**DATED May 12, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**