IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHAD J. HUNT,  )<br>  )<br>            Plaintiff,  )<br>  )<br>      v.  )<br>  )<br>UNION PACIFIC RAILROAD,  )<br>  )<br>            Defendant.  )<br>  ) | 8:04CV539<br><br><br>REASSIGNMENT ORDER |

    IT IS ORDERED that, in the interest of judicial economy, this case is reassigned from District Judge Laurie Smith Camp to District Judge Lyle E. Strom for trial and/or disposition and remains assigned to Magistrate Judge F.A. Gossett for judicial supervision and processing of all pretrial matters.

    DATED this 16th day of May, 2005.

                            BY THE COURT:

                            s/Joseph F. Bataillon
                            JOSEPH F. BATAILLON
                            UNITED STATES DISTRICT JUDGE