IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
CHAD J. HUNT,                    )
                                 )
          Plaintiff,             )         8:04CV539
                                 )
     v.                          )
                                 )
UNION PACIFIC RAILROAD           )         ORDER
COMPANY, a corporation,          )
                                 )
          Defendant.             )
_____ )
```

      This matter is before the Court on the stipulation for dismissal with prejudice (Filing No. 30).  Pursuant thereto,

      IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs.

      DATED this 24th day of October, 2005.

                      BY THE COURT:

                      /s/ Lyle E. Strom
                      _____
                      LYLE E. STROM, Senior Judge
                      United States District Court